ACCEPTED
01-14-00834-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 12:43:18 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00834-CR

In The

## Court of Appeals
## For the First Judicial District of Texas
## At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 12:43:18 PM
CHRISTOPHER A. PRINE
Clerk

_____

# BOOKER NEWSOME,
*Appellant*

*v.*

# THE STATE OF TEXAS
*Appellee*

_____

Cause number 1410219
In the 179th Judicial District Court
Of Harris County, Texas

_____

## *Appellant's Motion for Extension of Time Within Which to file the Appellant's Brief*

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Booker Newsome, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his appellate brief. In support of his motion, the appellant submits the following:

(A)   The appellant's brief is due on March 27, 2015.

(B) The appellant seeks an extension of time to file the appellant's brief until, April 17, 2015.

(C) The appellant relies upon the following facts to reasonably explain the need for an extension:

Due to the undersigned's work load, more time is necessary to review the appellant record and prepare an appellate brief; the appellant was convicted of aggravated assault after a jury trial; the record will take some time to completely review.

(D) Two previous motions requesting an extension of time to file the appellant's brief have been requested and granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until April 17, 2015.

Respectfully submitted,

__/s/__ **Kelly Smith**_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5 & 9.4, this certifies that this document contains 274 words and a copy of the foregoing was served on the State at the following address: Devon Anderson, District Attorney,  1201 Franklin, 6th Floor, Houston, Texas 77002.

__/s/__ **KellySmith**_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX 77206
281-734-0668
Kelly.A.Smith.06@gmail.com

2